SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
REUVEN L. COHEN (No. 231915)
Deputy Federal Public Defender
(E-mail: Reuven_Cohen@fd.org)
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone (213) 4454
Facsimile (213) 894-0081

Attorneys for Defendant
VAHE SARKISS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 09-640-DSF |
| Plaintiff, ) | **ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT** |
| v. ) | |
| VAHE SARKISS, ) | |
| Defendant. ) | |

        The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on August 12, 2009. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good   cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

        The Court further finds that: (1) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (2) failure to

grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (3) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from September 1, 2009, to October 13, 2009, at 8:30 a.m.

2. The time period of September 1, 2009, to October 13, 2009, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A),(h)(7)(B)(i), and (h)(7)(B)(iv).

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

DATED: August 12, 2009

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
REUVEN L. COHEN
Deputy Federal Public Defender

2